IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAY 15 2014

CLERK, U.S. DISTRICT
By _____

| | | |
|---|---|---|
| LAURIE ANN NUNLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-094-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein
Laurie Ann Nunley is plaintiff and Carolyn W. Colvin, Acting
Commissioner of Social Security, ("Commissioner") is defendant.
This is an action for judicial review of a final decision of the
Commissioner denying plaintiff's claim for a period of disability
and disability insurance benefits and supplemental security
income under the Social Security Act.  On April 17, 2014, the
United States Magistrate Judge issued his proposed findings and
conclusions and his recommendation ("FC&R"), and granted the
parties until May 1, 2014, in which to file and serve any written
objections thereto.  Plaintiff filed her objections on April 30,
2014, and Commissioner filed a response on May 8, 2014.  After a
thorough study of the record, the magistrate judge's proposed
findings and conclusions, and applicable legal authorities, the

court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed on May 20, 2010, plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act and, based on the application for supplemental security income protectively filed on May 20, 2010, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED May 15, 2014.

_____

JOHN McBRYDE
United States District Judge